## BOROUGH OF AVON-BY-THE-SEA, DEFENDANT IN ERROR, v. MONMOUTH COUNTY BOARD OF TAXATION ET AL., PLAINTIFFS IN ERROR.

Submitted July 11, 1910—Decided November 14, 1910.

On error to the Supreme Court.

For the plaintiffs in error, *Acton C. Hartshorne.*

For the defendant in error, *George W. W. Porter.*

PER CURIAM.

. We agree with the Supreme Court that this case is controlled by the recent decision of this court in *Hartshorne* v. *Avon-by-the-Sea*, 49 *Vroom* 556.

The judgment under review should therefore be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, BOGERT, VREDEN-BURGH, VROOM, DILL, CONGDON, JJ. 11.

*For reversal*—None.